1:17cv149

B. **Answer of Garnishee**

Now comes Landmark Communications, the Garnishee, who says:

1. That the garnishee has more than $400 in money, property, or credits, other than personal earnings, of the judgment debtor under the garnishee's control and in the garnishee's possession.

   _____ Yes
   \_\_X\_\_\_ No

   If yes, amount $_____

2. That property is described as: _____.

3. If the answer to line 1 is "yes" and the amount is less than the probable amount now due on the judgment, as indicated in section (A) of this form, sign and return this form and pay the amount of line 1 to the clerk of this court.

4. If the answer to line 1 is "yes" and the amount is greater than that probable amount now due on the judgment, as indicated in section (A) of this form, sign and return this form and pay that probable amount now due to the Clerk of this Court.

5. If the answer to line 1 is "yes" but the money, property, or credits are of such a nature that they cannot be delivered to the clerk of the court, indicate that by placing an "X" in this space: _____ Do not dispose of that money, property, or credits or give them to anyone else until further order of the court.

6. If the answer to line 1 is "no," sign and return this form to the Clerk of this Court.

I certify that the statements above are true.

Landmark Communications, Inc.
[Print name of garnishee]

Melissa Jeffery - Comptroller
[Print name and title of person who completed this form]

Signed *Melissa H Jeffery*
[Signature of person completing form]

Dated this 28 day of June 2017.

FILED
2017 JUL -3 PM 12:07
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

3