**B.  Answer of Garnishee**

Now comes **First National Bank of Pennsylvania**, the Garnishee, who says:

1. That the garnishee has more than $400 in money, property, or credits, other than personal earnings, of the judgment debtor under the garnishee's control and in the garnishee's possession.

    Yes: _____
    No: __XX__ No

    If Yes, amount $_____

2. That property is described as: First National Bank has less than $400.00 of the judgment debtor in its control and possession.

3. If the answer to line 1 is "**Yes**" and the amount is less than the probable amount now due on the judgment, as indicated in section (A) of this form, sign and return this form and pay the amount of line 1 to the clerk of this court.

4. If the answer to line 1 is "**Yes**" and the amount is greater than that probable amount now due on the judgment, as indicated in section (A) of this form, sign and return this form and pay that probable amount now due to the Clerk of this Court.

5. If the answer to line 1 is "**Yes**" but the money, property, or credits are of such a nature that they cannot be delivered to the clerk of the court, indicate that by placing an "X" in this space: _____. Do not dispose of that money, property, or credits or give them to anyone else until further order of the court.

6. If the answer to line 1 is "**No**," sign and return this form to the Clerk of this Court.

I certify that the statements above are true.

First National Bank of Pennsylvania
*[Print name of garnishee]*

Erinn Wolfe/Corporate Counsel
*[Print name and title of person who completed this form]*

Signed _____
*[Signature of person completing form]*

Dated this __28th__ day of __December__ 20 __20__.

3