IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Real Good Technologies, LLC,**<br><br>　　Plaintiff & Judgment Creditor,<br><br>v.<br><br>**Victory Solutions, LLC,**<br><br>　　Defendant & Judgment Debtor. | Action No. 1:17-cv-00149-DCN |

## Notice of Intent to Serve Subpoena

PLEASE TAKE NOTICE that, pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, Plaintiff and Judgment Creditor has issued a Subpoena upon the corporate designee of JONRON LLC d/b/a WAB Strategic in the form attached hereto as Exhibit A.

Date: January 29, 2021

Respectfully submitted,

/s/ *Michael L. Murphy*

Michael L. Murphy (DC 480163)
**BAILEY & GLASSER, LLP**
1055 Thomas Jefferson St. NW, Suite 540
Washington, D.C. 20007
Phone: 202.463.2101
Facsimile: 202.463.2103
E-mail: mmurphy@baileyglasser.com
(admitted *pro hac vice*)

Lydia M. Floyd (Ohio 0088476)

**PEIFFER, WOLF, CARR & KANE, A Professional Law Corporation**

1422 Euclid Avenue
Suite 1610
Cleveland, OH 44115
Telephone: 216.589-9280
Facsimile: (888)411-0038
E-mail: lfloyd@prwlegal.com

*Attorneys for Real Good Technologies, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon the following through the Court's ECF system and further via email to the following:

Glenn E. Forbes, Esq
FORBES LAW LLC
Main Street Law Building
166 Main Street
Painesville, OH 44077
gforbes@geflaw.net

January 29, 2021  /s/ *Michael L. Murphy*

Michael L. Murphy (DC 480163)
**BAILEY & GLASSER, LLP**