**Frank LaRose**
*Ohio Secretary of State*

Wed Jan 27 2021

| | |
|---|---|
| **Entity#:** | 4581686 |
| **Filing Type:** | FICTITIOUS NAMES |
| **Original Filing Date:** | 12/07/2020 |
| **Location:** | ---- |
| **Business Name:** | WAB STRATEGIC |
| **Status:** | Active |
| **Exp. Date:** | 12/07/2025 |

# Agent/Registrant Information

JONRON LLC
5 ASTOR PLACE
ROCKY RIVER OH 44116
12/07/2020
Active

# Filings

| Filing Type | Date of Filing | Document ID |
|---|---|---|
| FICTITIOUS NAME/ORIGINAL FILING | 12/07/2020 | 202034205158 |

**UNITED STATES OF AMERICA
STATE OF OHIO
OFFICE OF SECRETARY OF STATE**

*I, Frank LaRose, Secretary of State of the State of Ohio, do hereby certify that this is a list of all records approved on this business entity and in the custody of the Secretary of State.*



*Witness my hand and the seal of the
Secretary of State at Columbus,
Ohio this 27th of January, A.D. 2021*

Ohio Secretary of State


PLAINTIFF'S EXHIBIT B



| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | CERT | COPY |
|---|---|---|---|---|---|---|
| 12/07/2020 | 202034205158 | FICTITIOUS NAME REGISTRATION (NFO) | 39.00 | 200.00 | 0.00 | 0.00 |

**Receipt**

This is not a bill. Please do not remit payment.

DAVID SPEAKER
504 CANTERBURY ROAD
BAY VILLAGE, OH 44140

# STATE OF OHIO
## CERTIFICATE

**Ohio Secretary of State, Frank LaRose**

**4581686**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**WAB STRATEGIC**

and, that said business records show the filing and recording of:

Document(s)

**FICTITIOUS NAME REGISTRATION**

Effective Date: 12/07/2020

Document No(s):

**202034205158**

JONRON LLC
5 ASTOR PLACE
ROCKY RIVER, OH 44116

Expiration Date: 12/07/2025



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 7th day of December, A.D. 2020.

**Ohio Secretary of State**

Form 534A Prescribed by:


**Frank LaRose**
*Ohio Secretary of State*

Date Electronically Filed: 12/7/2020
Toll Free: 877.767.3453 | Central Ohio: 614.466.3910
OhioSoS.gov | business@OhioSoS.gov
File online or for more information: OhioBusinessCentral.gov

# Name Registration
### Filing Fee: $39
### Form Must Be Typed

**CHECK ONLY ONE (1) Box**

☐ Trade Name (167-RNO)  Date of first use: _____ MM/DD/YYYY

☒ Fictitious Name (169-NFO)

Name being Registered or Reported: **WAB Strategic**

Name of the Registrant: **JONRON LLC**

Note: If the registrant is a partnership, please provide the name of the partnership. Individual partner names are not permitted but are required on page 2 of the form.

Registrant's Entity Number (if registered with Ohio Secretary of State): **4161337**

**All registrants must complete the information in this section**

The general nature of business conducted by the registrant:

**INVESTMENT**

Business address:

Mailing Address: **5 ASTOR PLACE**

City: **ROCKY RIVER**  State: **OH**  ZIP Code: **44116**

Form 534A          Page 1 of 2          Last Revised: 06/2019

**Complete the information in this section if registrant is a partnership NOT registered in Ohio pursuant to ORC 1776, if partnership is registered, provide registration number on page one.**

Provide the name and address of <u>at least one</u> general partner:

| Name | Address |
|---|---|
| | |
| | |
| | |

NOTE: Pursuant to OAG 89-081, if a general partner is a foreign corporation/limited liability company, it must be licensed to transact business in Ohio; if a general partner is a foreign corporation/limited liability company licensed in Ohio under an assumed name, please provide the assumed name and the name as registered in its jurisdiction of formation.

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**Required**
Application must be signed by the registrant or an authorized representative.

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

JONRON LLC
Signature

RONALD DEGRANDIS
By (if applicable)

Print Name

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

Form 534A    Page 2 of 2    Last Revised: 06/2019